UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CURTIS BROWN,

                                Plaintiff,

                                                  ORDER

                                                  02-CV-6666L

           v.

NEW YORK STATE DEPARTMENT
OF CORRECTIONAL SERVICES, et al.,

                                Defendants.
_____

    By letter dated January 30, 2007, plaintiff's counsel requests the Court to reconsider its Order of January 29, 2007.  The motion to reconsider is in all respects denied.

    IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
        February 9, 2007.