UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

CURTIS BROWN,

                Plaintiff,

     -vs-

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES,

                Defendant.

───────────────────────────────

**SETTLEMENT ORDER**

02-CV-6666L

     The Court having been advised by counsel that the above action has been settled, it is therefore

     ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice.  Each party must bear its own costs; and it is further

     ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

     IT IS SO ORDERED.

                           _____
                              DAVID G. LARIMER
                          United States District Judge

Dated: Rochester, New York
       October 15, 2009